# United States District Court

_____ DISTRICT OF _____

Willie J. Looney &
Margaret Looney

V.

Jerome C. Brasseur

SUMMONS IN A CIVIL CASE

CASE NUMBER:

05-30065-MAP

TO: (Name and address of defendant)

    Jerome C. Brasseur
    176 Parmenter Road
    Newton, MA 02465

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Katherine Lamondia-Wrinkle
    Law Offices of Thomas M. Libbos
    175 State Street
    Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within  TWENTY (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

DATE  3/10/05

(BY) DEPUTY CLERK

AO 44

Se
NAME

Ci

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-117

*Middlesex, ss.*

March 28, 2005

I hereby certify and return that on 3/25/2005 at 12:20PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of JEROME C. BRASSEUR, , 176 PARAMETER ROAD Newton, MA and by mailing 1st class to the above address on 3/25/2005. Attest ($5.00), Basic Service Fee ($20.00), Conveyance ($0.10), Travel ($0.32) Total Charges $25.42

*John F. Kennedy*

Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date              Signature of Server

                                 _____
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.