UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIE J. LOONEY and<br>MARGARET LOONEY<br>PLAINTIFFS<br><br>VS.<br><br>JEROME C. BRASSEUR<br>DEFENDANT | )<br>)<br>)<br>)   CIVIL ACTION<br>)   NO. 05-30066-MAP<br>)<br>)<br>) |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for JEROME C. BRASSEUR, defendant in the above-referenced action.

_____
James C. Crowley, Jr., Esquire
Fuller, Rosenberg, Palmer & Beliveau, LLP
340 Main Street, Suite 817
Worcester, MA 01608
(508) 756-3671
BBO #562664

April 7, 2005

CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document upon the parties to this action by mailing a copy thereof, first class, postage prepaid, to the following counsel of record:

Katherine Lamondia-Wrinkle, Esquire
Law Offices of Thomas M. Libbos, P.C.
175 State Street, 5th Floor
Springfield, MA 01103

_____
James C. Crowley, Jr., Esquire
Fuller, Rosenberg, Palmer & Beliveau, LLP
340 Main Street, Suite 817
Worcester, MA 01608
(508) 756-3671
BBO #562664

April 7, 2005