UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-30065-MAP

WILLIE J. LOONEY and )
MARGARET LOONEY, )
    Plaintiffs, )
)
v. )
)
JEROME C. BRASSEUR, )
    Defendant. )

## PLAINTIFF'S CERTIFICATION

Pursuant to Local Rule 16.1, the counsel for plaintiff certifies on this date she has conferred with her client with a view toward establishing a budget for the costs of conducting the full course of litigation and discussed various options to litigation which include mediation.

    Plaintiffs,
    By Their Attorney,

Dated: 5/26/05

Katherine Lamondia-Wrinkle
LAW OFFICES OF THOMAS M. LIBBOS, P.C.
175 State Street, 5th Floor
Springfield, MA 01103
(413) 731-5000
BBO# 550554

4