UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIE J. LOONEY and )
MARGARET LOONEY, )
        Plaintiffs )
)
v. )   Civil Action No. 05-30065-KPN
)
)
JEROME C. BRASSEUR, )
        Defendant )

SCHEDULING ORDER
June 1, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All written discovery shall be served by July 15, 2005.

2. Non-expert depositions shall be completed by November 1, 2005.

3. Counsel shall appear for a case management conference on November 4, 2005, at 2:30 p.m. in Courtroom Three.

IT IS SO ORDERED.

                                         /s/ Kenneth P. Neiman
                                         KENNETH P. NEIMAN
                                         U.S. Magistrate Judge