UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIE J. LOONEY and         )
MARGARGET LOONEY,            )
        Plaintiffs    )
                     )
    v.                       )     Civil Action No.  05-30065-KPN
                     )
                     )
                     )
JEROME C. BRASSEUR,          )
        Defendant     )

FURTHER SCHEDULING ORDER
November 4, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. By November 18, 2005, the parties shall report to the court in writing whether they intend to resolve the matter through arbitration.

2. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by January 3, 2006.

3. Plaintiff shall submit to an independent medical examination, if Defendant so wishes, by February 15, 2006.

4. Defendant shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by March 1, 2006.

5. All expert depositions shall be completed by March 31, 2006.

6. Trial shall commence on May 8, 2006.  Counsel shall appear for a final

pretrial conference on May 2, 2006, at 12:30 p.m. in Courtroom Three.

Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

DATED: November 4, 2005

          /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge