# LAW OFFICES OF THOMAS LIBBOS, P.C.

THOMAS LIBBOS, ATTORNEY AT LAW    KATHERINE LAMONDIA-WRINKLE, ATTORNEY AT LAW
F. BRUCE FERIN, PARALEGAL / ADMINISTRATOR

December 21, 2005

Attn: Civil Clerk
United States District Court
Federal Building
1550 Main Street
Springfield, MA 01103

RE:   Willie J. Looney and Margaret Looney v. Jerome C. Brasseur
      Civil Action No.: 05-30065-MAP

Dear Sir/Madam:

Please be advised the above matter is being settled by Arbitration. Please enter a ninety (90) day Order.

Thank you for your time and attention.

Sincerely,

Katherine Lamondia-Wrinkle

KLW/st

cc:   Attorney James Crowley, Jr.