# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WILLIE J. LOONEY, ET AL., | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| V. | ) | Case No:   3:05-CV-30065-KPN |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| JEROME C. BRASSEUR., | ) | |
| | ) | |
| *Defendant* | ) | |
| | ) | |

### SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the plaintiffs on 12/23/05 that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within NINETY (90) DAYS to reopen the action if settlement is not consummated by the parties.

DATED December 23, 2005

**SARAH A. THORNTON**
CLERK

BY: /s/ *Maurice G. Lindsay*
　　　Maurice G. Lindsay
　　　Deputy Clerk